

# Memorandum

To:     The Honorable George A. O'Toole, Jr., Senior U.S. District Judge

From:   Lisa M. Paiva, Supervisory U.S. Probation Officer

Date:   April 15, 2022

Re:     **Ormiston, Russell Dkt.#: 1:16-CR-10320-006-GAO – Request to Transfer of Jurisdiction**

---

On November 6, 2019, the above-named individual appeared before Your Honor for sentencing, having pled guilty to Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §. 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. §. 841 (b)(1)(A). He was sentenced to 24 months in custody, followed by 36 months of supervised release. Since his release from custody on September 3, 2021, Mr. Ormiston has been residing in the District of New Hampshire. The Probation Office, at the request of the Probation Office in the District of New Hampshire, is requesting jurisdiction of this case be transferred to the District of New Hampshire, so that any future matters relating to Mr. Ormiston's supervised release can be addressed expeditiously.

1

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:16CR10320-006-GAO

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Russell Ormiston | District of Massachusetts | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Senior District Judge George A. O'Toole | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/03/2021 — TO 09/02/2024 |

**OFFENSE**
Conspiracy to Distribute and to Posses with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and 21 U.S.C.§ 841 (b)(1)(A).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Judicial   DISTRICT OF   Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of New Hampshire   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____                         _____
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Judicial   DISTRICT OF   New Hampshire

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                         _____
Effective Date                          United States District Judge